Case 1:19-cr-20543-BB   Document 1   Entered on FLSD Docket 08/28/2019   Page 1 of 5

**19-20543-CR-BLOOM/LOUIS**

FILED by YH   D.C.

Aug 28, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA )
)
) No. 2:19-CR-82
v. )
)
JASON LEE ROBINSON )

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE
(Under Rule 20)

I, **JASON LEE ROBINSON**, the Defendant, have been informed that an indictment/information is pending against me in the above case. Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, I wish to waive trial in the Eastern District of Tennessee; and plead guilty and be sentenced in the above case in the Southern District of Florida, where I am held/present. I consent to the disposition of the above case in the Southern District of Florida.

Dated: 7/17, 2019 at Miami, FL.

_____
JASON LEE ROBINSON
Defendant

_____
JOAQUIN E. PADILLA
Counsel for Defendant

**APPROVED**

_____
J. DOUGLAS OVERBEY
United States Attorney
Eastern District of Tennessee

_____
ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION



FILED

JUN 11 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:19-CR-82 |
| | ) | JUDGE Reeves |
| | ) | |
| JASON LEE ROBINSON | ) | |

INDICTMENT

COUNT ONE

The Grand Jury charges that on or about January 4, 2019, in the Eastern District of Tennessee, the defendant, JASON LEE ROBINSON, by force, violence, and intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of Mountain Commerce Bank, 3122 Bristol Highway, Johnson City, Tennessee, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

[18 U.S.C. §§ 2113(a)]

A TRUE BILL:

███████████
FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: *J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant United States Attorney

**CRIMINAL CASE COVER SHEET**          **U.S. ATTORNEY'S OFFICE**

Defendant Name: JASON LEE ROBINSON

Place of Offense (City & County): Johnson City/Washington County

Juvenile:  Yes ____  No ____      Matter to be Sealed:  Yes ____  No  x

Interpreter:  No ____  Yes ____  Language: _____

Total # of Counts: ___ Petty  ___ Misdemeanor (Class ___)  _1_ Felony

| | INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Bank robbery (18 U.S.C. § 2113(a)) | 1 |
| | | |
| | | |
| | | |

Current Trial Date (if set): _____  before Judge _____

Criminal Complaint Filed:  No  _X_   Yes ____  Case No. _____

Defendant on Supervised Release: Yes ____  No ____

Violation Warrant Issued?  No ____  Yes ____  Case No. _____

Related Case(s):

_____
Case Number      Defendant's attorney      How related

**Criminal Informations:**

Pending criminal case:    No ____  Yes ____       Case No. _____

New Separate Case _____       Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____       Appointed: _____

Date: June 11, 2019       Signature of AUSA:  s/J. Gregory Bowman

CLOSED,PLR3

# Live Database
## U.S. District Court - Eastern District of Tennessee (Greeneville)
## CRIMINAL DOCKET FOR CASE #: 2:19-cr-00082-PLR-MCLC-1

Case title: USA v. Robinson

Date Filed: 06/11/2019
Date Terminated: 07/29/2019

Assigned to: District Judge Pamela L Reeves
Referred to: Magistrate Judge M Clifton L Corker

### Defendant (1)

**Jason Lee Robinson**
*TERMINATED: 07/29/2019*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:2113A.F-BANK ROBBERY BY FORCE OR VIOLENCE (1) | Case Transferred to the Southern District of Florida |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

### Plaintiff

**USA**   represented by **J Gregory Bowman**
U S Department of Justice (USAO Greene)
Office of U S Attorney

220 West Depot Street
Suite 423
Greeneville, TN 37743
423-639-6759
Email: greg.bowman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2019 | 1 | INDICTMENT as to Jason Lee Robinson (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet Jason Lee Robinson) (CAT) (Entered: 06/11/2019) |
| 06/11/2019 | 2 | Sealed Document. (CAT) (Entered: 06/11/2019) |
| 07/29/2019 | 3 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of Florida. Counts closed as to Jason Lee Robinson (1) Count 1. (LMC) (Entered: 07/29/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/28/2019 10:09:50 | | | |
| **PACER Login:** | jamjam6706:5889255:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cr-00082-PLR-MCLC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |